**Order entered April 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00048-CV

### ADRIAN BOOKER AND NICOLE SMITH, Appellants

### V.

### ANISSA MAHMOUDI, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## ORDER

Before the Court is appellants' April 6, 2020 motion for an extension of time to file their corrected brief. We **GRANT** the motion and extend the time to **May 6, 2020**. We caution appellants that further extension requests will be *strongly* disfavored.

Also before the Court is appellee's April 6, 2020 second motion to dismiss this appeal for want of prosecution and appellants' response to the motion. We **DENY** appellee's motion.

In their response to appellee's motion to dismiss, appellants assert a motion seeking to hold the court reporter in contempt and to impose sanctions against her for failure to file the reporter's record of the hearing conducted on August 30, 2018. The reporter's record of this hearing is included as volume three of the reporter's record filed in this Court on August 7, 2019. Accordingly, we **DENY** appellants' motion.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE